Lester *v.* Century Indemnity Company, Appellant.

Argued January 8, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

16

*Henry S. Ambler,* with him *Frank R. Ambler,* for appellant.

*David S. Malis,* for appellee.

PER CURIAM, January 28, 1947:
The order for a new trial is affirmed on the opinion of Judge ALESSANDRONI.